```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff/Respondent, | ) | Criminal Case No. |
| | ) | 5:18-cr-063-JMH-MAS-2 |
| v. | ) | |
| | ) | Civil Case No. |
| TEDDY S. HAWKINS, | ) | 5:20-cv-481-JMH-MAS |
| | ) | |
|     Defendant/Petitioner. | ) | |
| | | **JUDGMENT** |

\*\*\*    \*\*\*    \*\*\*

Consistent with the Court's Memorandum Opinion and Order entered of even date,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Teddy S. Hawkins' Motion to Vacate or Set Aside Judgment and Sentence Under 28 U.S.C. § 2255 (DE 230) is **DENIED with prejudice**;

(2) Judgment is **ENTERED** in favor of the United States;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 1st day of March, 2022.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge